another * * *." Order of April 5, 1941, resettling order of February 18, 1941, confirming report of official referee, etc., affirmed, with ten dollars costs and disbursements; examination of the judgment debtor and of Ashenfelter & Morrow, by George C. Morrow, to proceed on five days' notice. Lazansky, P. J., Carswell, Johnston, Adel and Taylor, JJ., concur.

KENNILWOOD OWNERS' ASSOCIATION, INC., Appellant, v. KENNILWOOD, INC., and Others, Defendants, and TITLE GUARANTEE & TRUST COMPANY and MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondents. (Appeal No. 1.) — Action to foreclose liens arising from the imposition of maintenance and improvement charges in accordance with covenants running with the land contained in deeds to individual lot owners and in a filed declaration. The respondents are holders of a consolidated mortgage in the sum of $150,000, $75,000 of which consists of an original purchase mortgage given by the developer and the balance of which was a new mortgage executed after the filing of the declaration. More than fifty-one per cent of the lot owners executed and delivered an agreement subordinating the maintenance and improvement charges and liens to the consolidated mortgage, in accordance with a provision in the covenants contained in the deeds and declaration empowering such owners to alter or annul the covenants and restrictions as to all of the property. Judgment for respondents, adjudicating the lien of the plaintiff for maintenance charges and assessments to be subordinate to the lien of the consolidated first mortgage held by respondents, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.

KENNILWOOD OWNERS' ASSOCIATION, INC., Appellant, v. KENNILWOOD, INC., and Others, Defendants, and TITLE GUARANTEE & TRUST COMPANY and MORTGAGE COMMISSION OF THE STATE OF NEW YORK, Respondents. (Appeal No. 2.) — Order denying motion for a new trial on the ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Lazanky, P. J., Hagarty, Carswell, Adel and Close, JJ.

WOODFORD J. TOWNSEND, Respondent, v. BROOKLYN CONTRACTORS MACHINERY EXCHANGE, INC., Appellant, and MURRAY E. BAKER, Defendant.— Order denying appellant's motion to vacate and set aside a warrant of attachment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ., concur.

GEORGE H. WILSON, Plaintiff, v. SATAN'S TOE, INC., and NEAL R. ANDREWS, Defendants. By Original Summons and between the Said SATAN'S TOE, INC., and NEAL R. ANDREWS, Respondents, v. DAVID WARK GRIFFITH and Others, Defendants; GEORGE H. WILSON and Others, Appellants.— Appeal from a judgment, rendered on a counterclaim in favor of the two original defendants and against the original plaintiff and the impleaded defendants, which (a) adjudged certain deeds to real property to be invalid, (b) reformed a contract for the sale of real property, and (c) adjudged and directed the specific performance of the contract as reformed. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

ETHEL ZEITZ, Appellant, v. WALTER ZEITZ, Respondent.— Appeal by plaintiff wife from an order which adjudges the defendant in contempt for failure to pay alimony, in so far as it allows the defendant to purge himself of the fine imposed by payments at the rate of two dollars a week, reduces the alimony from forty-five